**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

NOV 03 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MIRANDA DITULLIO, | No. 10-80180 |
| Plaintiff - Petitioner, | D.C. No. 3:09-cv-00113-JWS<br>District of Alaska,<br>Anchorage |
| v. | |
| JOSEF F. BOEHM, | ORDER |
| Defendant - Respondent. | |

Before: LEAVY and BERZON, Circuit Judges.

The petition for permission to appeal pursuant to 28 U.S.C. § 1292(b) is granted. Within 14 days after the date of this order, petitioner shall perfect the appeal in accordance with Federal Rule of Appellate Procedure 5(d).

MT/MOATT